

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-24-00003-CV**

**IN THE INTEREST OF A.F., A CHILD**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2023-2598-4**

_____

**MEMORANDUM OPINION**

_____

A.M.F. attempts to appeal the trial court's order transferring a "Suit Affecting Parent-Child Relationship," originally filed in McLennan County, to Limestone County. In a letter dated January 16, 2024, the Clerk of this Court notified A.M.F. that the appeal was subject to dismissal because it appeared no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 25.1(b), (d)(2); 26.1. *See also* TEX. FAM. CODE § 155.204(h) ("An order transferring or refusing to transfer the proceeding is not subject to interlocutory appeal.").

In the same letter, the Clerk warned A.M.F. that the appeal would be dismissed unless, within 10 days from the date of the letter, a response was filed with the Court showing grounds for continuing the appeal. More than 10 days have passed and no

response has been filed.  Accordingly, this appeal is dismissed.


                          TOM GRAY
                          Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed February 8, 2024
[CV06]

